IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL CODY BROWN

_____/

INDICTMENT

1:14CR21 MW/GRJ

THE GRAND JURY CHARGES:

COUNT ONE

On or about May 29, 2013, in the Northern District of Florida and elsewhere, the defendant,

MICHAEL CODY BROWN,

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, E.G., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where the defendant knew and had reason to know that such visual depiction would be transmitted using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

Between in or about May 2013 and on or about May 15, 2014, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL CODY BROWN,**

did knowingly transmit in interstate and foreign commerce, via cellular telephone, communications containing threats to injure the reputation of E.G., a minor female in Japan and the state of Washington, and the defendant transmitted these communications with the intent to extort from E.G. things of value, that is, images and videos of E.G. in various states of undress, naked, and engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 875(d).

## COUNT THREE

Between in or about May 2013 and on or about May 15, 2014, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL CODY BROWN,**

with the intent to injure, harass, intimidate, and cause substantial emotional distress to E.G., used an interactive computer service and facility of interstate and foreign commerce, to engage in a course of conduct that caused substantial emotional distress to E.G., who was at that time in a territorial jurisdiction of the United States and the State of Washington.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

## MICHAEL CODY BROWN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all of his interest in:

A.  Any visual depiction or other matter containing such visual depiction or image of child pornography, which was produced, transported, mailed, shipped, received, or possessed as alleged in Count One of this Indictment;

B.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count One of this Indictment; and

C.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Count One of this Indictment.

D.  The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, and manuals and documentation

for the assembly and use of the aforementioned hardware and software.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of the Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 2253 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

__REDACTED__
FOREPERSON

__8-26-14__
DATE

*(signature)*
PAMELA C. MARSH
United States Attorney

*(signature)*
F.T. WILLIAMS
Assistant United States Attorney