IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO: 1:14CR21-MW

vs.

MICHAEL CODY BROWN
_____/

## STATEMENT OF FACTS

This Statement of Facts is agreed upon by and between Michael Cody Brown as the Defendant, Darren Johnson, Assistant Federal Public Defender, as attorney for the Defendant, and the United States Attorney for the Northern District of Florida.

On February 10, 2014, the North Florida Internet Crimes Against Children (ICAC) Task Force received a lead from the Los Angeles Police Department (LAPD) requesting a follow-up investigation on four cases (with four different victims) involving the same suspect, where the suspect had been identified as using Internet service at an apartment complex in Gainesville, Florida. The suspect was using the Internet to coerce children into performing sexual acts and posing for sexually explicit images. Shortly thereafter, another similar lead with two different victims was received from the Bellevue Police Department in Nebraska. This lead included an individual Internet Protocol (IP) address which allowed investigators to identify the specific apartment being used to carry out these crimes.

FILED IN OPEN COURT THIS
12/9/2014
CLERK. U.S. DISTRICT
COURT. N. DIST. FLA.

The suspect was using Internet Social Networking sites such as Kik, Skype, Instagram, and ooVoo in order to communicate with children. LAPD obtained the consent of one child to assume her identity and communicated with the suspect via the Internet on October 9, 2013. During these communications, the suspect repeatedly threatened to post sexually explicit pictures of the child unless she provided additional sexually explicit pictures of herself. LAPD was able to determine that the suspect was located in Gainesville, Florida, and that he was using an iPhone. The suspect's Internet service was traced to Santa Fe Oaks Apartment complex in Gainesville, Florida. The suspect's email address was later traced to a specific apartment in the apartment complex. Defendant Michael Cody Brown was identified as a resident of the apartment. Brown's photograph was compared to a partial image of his face which had been obtained by one of the children during their communications. The photographs appeared to be a match. On May 12, 2014, investigators determined that Brown had moved from the apartment to a new residence in Gainesville, Florida.

A federal search warrant was executed on Brown's residence on May 15, 2014. Four persons were present at the residence, including Brown. Brown was advised of his *Miranda* rights and agreed to be interviewed by law enforcement officers. He admitted to using his cell phone to blackmail children into taking sexual pictures of themselves and performing sexual acts while he observed them. He used his cell phone because it was secured and password protected. He stated that blackmailing females for sexual images and sexual videos was "like a game" to

him. He became addicted to the sexual images and sexual videos of his victims. Brown confessed to masturbating while viewing the images.

At the time of the search, Brown possessed an iPhone and an ASUS desktop computer with a Seagate hard drive manufactured in Thailand. These items were seized. Brown's phone was password protected with a software application called "Safety Photo". The application "Safety Photo" was swipe code protected (instead of touching numbers you slide your finger over a numerical sequence) and contained multiple folders. The majority of these folders were also swipe code protected.

Forensics examination of Brown's cell phone and computer confirmed that he was extorting images from numerous minor females. In particular, the communication with one victim was strongly corroborated by remnants of the actual conversations and shared images with the victim. The victim is a 16 year old minor female born in February 1998 and identified by the initials E.G.

E.G. was interviewed by law enforcement officers and provided a recorded statement detailing her communications with Brown. Her cell phone was obtained and examined by law enforcement. E.G. stated that she initially communicated with a person with the username thewolverine888 on KiK. (This username was later identified on Brown's Kik back-up files which were transferred from his cell phone to his computer). E.G. stated that the person she communicated with coerced her into creating numerous sexual images of herself. She was instructed that unless she cooperated, her images would be provided to her friends and family

members. In some instances, she was specifically directed how to pose and told to open her mouth. She stated that the communications began in the early summer of 2013.

Forensics from Brown's iPhone show Kik chats with E.G. beginning in May 2013 through February 11, 2014. There are also Skype messages between Brown and E.G. from May 30, 2013, through March 11, 2014. In some chats Brown stated that he will never be caught by the police. There are numerous chats on Brown's phone in which he threatens E.G. For example, on May 30, 2013, he stated, "Okay you have about 3 seconds to get your ass back on Skype before I fuckin explode and upload everything!!" In another conversation he stated, "No. That's bullshit. You said 3 more times. Not 3 including the one we already did. See now you're taking advantage of the fact that I was being lenient on you. Be thankful I'm even cutting you a deal because most girls I get do this for me for weeks sometimes every day of the week. 3 more times after tonight and I'll let you go IF you don't fight me like you always do and you do exactly as I say when we Skype." In one conversation E.G. asked Brown what the situation was, and he replied "Oh lol well basically me blackmailing you and forcing you to Skype. That's the situation."

Numerous sexually explicit images of E.G. were located on Brown's iPhone backup located on the hard drive of his ASUS computer. The images were in a folder labeled with E.G.'s full name. These images include E.G. naked while she is pushing her breast together with her tongue sticking out, E.G. exposing her vagina, and E.G. standing while exposing her breasts and vagina with her mouth wide open. Data associated with the image of E.G. with her mouth open show it was created on May 29, 2013.

Elements of the Offense

The elements of the offense for which the Defendant is entering his guilty plea are as follows:

1. The Defendant did knowingly and intentionally use and attempt to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

2. The minor was an actual person, that is, a real person who was less than 18 years old;

3. The visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

PAMELA C. MARSH
United States Attorney

_____
Darren Johnson
Assistant Federal Public Defender

_____
F. T. WILLIAMS
Florida Bar No. 936219
Assistant United States Attorney
Northern District of Florida
401 SE First Avenue, Suite 211
Gainesville, FL 32601
352-378-0996

12/9/2014
Date

_____
MICHAEL CODY BROWN
Defendant

12/9/14
Date

12/9/2014
Date

5